Opinion issued August 22, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00201-CV

____________


THOMAS DYER AND PAIGE DYER, Appellants


V.


REGIONS BANK, Appellee






On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 2007-25646






MEMORANDUM OPINION

 The Court today considered the parties' "Agreed Motion to Reverse and
Remand" The motion is granted as follows:


 only the portions of the trial court's October 15, 2007 "Default
Judgment," which awarded appellee, Regions Bank, recovery against
appellants, Thomas B. Dyer and Paige Dyer, are reversed; 

 the cause is remanded for further proceedings;

 all other pending motions, if any, are overruled as moot; and

 it is ORDERED that mandate issue immediately to effectuate the
appellate judgment.


 

 PER CURIAM

Panel consists of Justices Taft, Nuchia, and Bland.